COZEN O'CONNOR
45 Broadway Atrium, Suite 1600
New York, New York 10006-3792
Tel.: (212) 509-9400
David Y. Loh (DYL 0460)

Attorneys for Defendant
MILLENIUM MARINE CORP.
Our File No.: 212981

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF          Civil Action No.: 07 Civ. 8193 (JPS)
NORTH AMERICA,

                Plaintiff,                **Rule 7.1 Disclosure**
                                             **Of Interested Parties**
  -against-

M/V "HYUNDAI PIONEER," her engines,
tackle, boilers, etc.; MILLENIUM MARINE
CORP.; AMERICAN PRESIDENT LINES,
LTD.; APL LTD.; APL CO. PTE LTD.;

                Defendants.
-----------------------------------------------------------X

    DAVID Y. LOH, attorney for defendant, Millenium Marine Corp., having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

    None.

DATED:    New York, New York
                October 19, 2007

                                            COZEN O'CONNOR
                                            Attorneys for Defendant
                                            Millenium Marine Corp.
                                By: _____
                                       David Y. Loh (DL-0460)
                                       45 Broadway – 16th Floor
                                       New York, New York 10006
                                       Tel.: (212) 509-9400

NY\261121\1 212981.000

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Nancy Bell, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York. On October 19, 2007, I served the within *Rule 7.1 Disclosure of Interested Parties* by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following at the addresses set forth below:

> David L. Mazaroli, Esq.
> 11 Park Place, Suite 1214
> New York, New York 10007-2801
>
> Lissa Diane Schaupp, Esq.
> Holland & Knight
> 195 Broadway - 24th Floor
> New York, New York 10007

_____
Nancy Bell

Sworn to before me this 19th day of Oct., 2007.

_____
NOTARY PUBLIC

WILLIAM BROUDY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 60-5468372
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES: JULY 31, 2010

NEWYORK\261181\1 212981.000