James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
AMERICAN PRESIDENT LINES, LTD.
APL LIMITED (S/H/A APL LTD.)
APL CO. PTE LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>M/V "HYUNDAI PIONEER," her engines, tackle, boilers, etc.; MILLENIUM MARINE CORP.; PRESIDENT LINES, LTD., APL LTD.; APL CO. PTE LTD.,<br><br>Defendants. | 07 Civ. 8193 (RWS)<br><br>**RULE 7.1 STATEMENT** |

I, Lissa D. Schaupp, attorney of record for Defendants American President Lines, Ltd., APL Limited (sued here as APL Ltd.), and APL Co. Pte Ltd. having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

APL Co. Pte Ltd is a wholly-owned subsidiary of APL (Bermuda) Ltd., which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

American President Lines, Ltd. is a wholly-owned subsidiary of APL Limited, which is a wholly-owned subsidiary of APL (Bermuda) Ltd. which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

APL Limited is a wholly-owned subsidiary of APL (Bermuda) Ltd. which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

Dated:    New York, New York
          October 25, 2007

                                    HOLLAND & KNIGHT LLP

                                    By: _____
                                        James H. Hohenstein
                                        Lissa D. Schaupp
                                    HOLLAND & KNIGHT LLP
                                    195 Broadway
                                    New York, New York 10007
                                    Telephone: 212-513-3200
                                    Telefax: 212-385-9010
                                    E-mail: jim.hohenstein@hklaw.com
                                            lissa.schaupp@hklaw.com

                                    Attorneys for Defendant,
                                    *American President Lines, Ltd.*
                                    *APL Limited (s/h/a APL Ltd.)*
                                    *APL Co. Pte Ltd.*

                                    # 4880794_v1