James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com

Attorneys for Defendant,
AMERICAN PRESIDENT LINES, LTD.
APL LIMITED (S/H/A APL LTD.)
APL CO. PTE LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> M/V "HYUNDAI PIONEER," her engines, tackle, boilers, etc.; MILLENIUM MARINE CORP.; PRESIDENT LINES, LTD., APL LTD.; APL CO. PTE LTD., <br><br> Defendants. | 07 Civ. 8193 (RWS) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James H. Hohenstein of Holland & Knight LLP hereby appears in this action as counsel for American President Lines, Ltd., APL Limited (s/h/a APL Ltd.), and APL Co. Pte Ltd.

All pleadings and correspondence should be served as follows:

James H. Hohenstein
Lissa D. Schaupp
Holland & Knight LLP
195 Broadway
New York, NY 10007
Attorneys for Defendant American President Lines, Ltd.
APL Limited (s/h/a APL Ltd.)
APL Co. Pte Ltd.

Dated: New York, New York
      October 29, 2007

                HOLLAND & KNIGHT LLP

                By: _____
                James H. Hohenstein
                Lissa D. Schaupp
                HOLLAND & KNIGHT LLP
                195 Broadway
                New York, New York 10007
                Telephone: 212-513-3200
                Telefax: 212-385-9010
                E-mail: jim.hohenstein@hklaw.com
                            lissa.schaupp@hklaw.com

                Attorneys for Defendants,
                *American President Lines, Ltd.*
                *APL Limited (s/h/a APL Ltd.)*
                *APL Co. Pte Ltd.*

# 4890542_v1