UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Identity Ins.

    -v.-

: 07 Civ. 8193 (RWS)

M/V Hyundai

------------------------------------------------------------X

Please be advised that the conference scheduled for _Jan 16, 08_ has been rescheduled to _Feb 20, 08_ at _4:30pm_ in Courtroom 18C for controlled PTC.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

1-16-08

_____
ROBERT W. SWEET
United States District Judge