RECEIVED
FEB 19 2008
JUDGE SWEET CHAMBERS

LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

February 19, 2008

**TELEFAX: (212)805-7925**

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Indemnity Insurance Company of North America
               v. M/V "HYUDAI PIONEER", et al.
               07 Civ. 8193 (RWS)
               Our File: 7G-1568

Dear Judge Sweet:

       I represent the plaintiff in this nonjury cargo damage action. In accordance with instructions from Your Honor's courtroom deputy, counsel have conferred and respectfully propose the following scheduling order deadlines in this action:

- No additional parties may be joined after **March 7, 2008**.
- No amendment to the pleadings permitted after **March 7, 2008**.
- All discovery shall be completed on or before **June 6, 2008**.
- A joint pretrial order shall be filed on or before **July 16, 2008**.
- Final Pre-trial conference _Aug 20, 08_ (TC)

       If the proposed schedule is acceptable to the Court, counsel respectfully request that the February 20, 2008 conference be adjourned. The Court's attention is appreciated.

                                   Respectfully,

                                   David L. Mazaroli
                                   dlm@mazarolilaw.com

DLM/jcf

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

So ordered
Sweet USDJ
2·20·08