# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com



RECEIVED MAY 21 2008 JUDGE SWEET

May 21, 2008

JAMES H. HOHENSTEIN
(212) 513-3213

Internet Address:
jim.hohenstein@hklaw.com

**VIA TELEFAX (212) 805-7925**

The Honorable Judge Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

*So ordered*
*Sweet*
*SDJ*
*5-21-08*

Re: *Indemnity Ins. Co. of N.A. v. M/V "HYUNDAI PIONEER", et al.,*
U.S.D.C., S.D.N.Y., 07 Civ. 8193 (RWS)
Our File: 505668.00199

Dear Judge Sweet:

    We are attorneys for defendants American President Lines, Ltd., APL Limited (sued here as APL Ltd.), and APL Co. Pte Ltd. We write on behalf of our clients as well as Plaintiff Indemnity Insurance Company of North America and co-defendant Millenium Marine Corp.

    Despite the good faith efforts of all counsel, it does not appear that it will be possible to complete discovery and other trial preparations within the time periods anticipated at the initial court conference. Counsel have conferred and respectfully request that Your Honor extend by sixty (60) days the remaining scheduling order deadlines so ordered by the Court on February 20, 2008. A copy of the Court's February 20, 2008 Order is enclosed. The reason for this extension request is that some complicated document disclosure issues have arisen, which all counsel have been working diligently to resolve. Counsel assure the Court that the additional time will also be used to explore settlement and to attempt to further narrow the factual and legal issues to be adjudicated.

    In accordance with Your Honor's Individual Practices Rule 1(E), we provide the following information:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

The Honorable Robert W. Sweet
May 21, 2008
Page - 2 -

1) The original dates that remain are as follows:

- All discovery shall be completed on or before **June 6, 2008.**
- A joint pretrial order shall be completed on or before **July 16, 2008.**
- Final Pre-trial conference: **August 20, 2008.** (TC)

2) There have been no previous requests for adjournment or extension.
3) Not applicable as there have been no previous requests.

4) All parties consent to the requested extensions.

The proposed Revised Scheduling Order deadlines are as follows:

- All discovery shall be completed on or before **August 1, 2008.**
- A joint pretrial order shall be completed on or before **August 29, 2008.**
- Final Pre-trial conference on or about **October 8, 2008.**

We thank the Court for its attention to this matter.

Respectfully submitted,

James H. Hohenstein

JHH:ls
Enclosure

cc: **Via E-mail**
David L. Mazaroli, Esq.
Law Offices of David L. Mazaroli
*Counsel for Plaintiff*

David Y. Loh, Esq.
Cozen O'Connor
*Counsel for defendant Millenium Marine Corp.*

Lissa Schaupp, Esq.

SO ORDERED

_____
The Honorable Robert W. Sweet
U.S.D.J.

# 5353844_v1