# Holland + Knight

Tel  212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com




July 30, 2008

Internet Address:
jim.hohenstein@hklaw.com

So ordered
Sweet
USDJ
8.6.08

<u>VIA TELEFAX (212) 805-7925</u>

The Honorable Judge Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007

Re:  *Indemnity Ins. Co. of N.A. v. M/V "HYUNDAI PIONEER", et al.,*
     <u>U.S.D.C., S.D.N.Y., 07 Civ. 8193 (RWS)</u>
     Our File: 505668.00199

Dear Judge Sweet:

We are attorneys for defendants American President Lines, Ltd., APL Limited (sued here as APL Ltd.), and APL Co. Pte Ltd. We write on behalf of our clients as well as Plaintiff Indemnity Insurance Company of North America and co-defendant Millenium Marine Corp.

The parties have exchanged additional documents, and have been actively engaged in settlement negotiations since the parties' request on May 21, 2008 for additional time to complete discovery and other trial preparations. Despite these good faith efforts, it appears that the parties will need some additional time to complete discovery. Counsel have conferred and respectfully request that Your Honor extend by ninety (90) days the remaining scheduling order deadlines so ordered by the Court on May 21, 2008. Ninety days (90) are requested rather than sixty (60) days due to vacation plans and previously scheduled international travel. Counsel assure the Court that the additional time will be used to continue the settlement negotiations currently underway as well as to complete the remaining discovery.

In accordance with Your Honor's Individual Practices Rule 1(E), we provide the following information:

The Honorable Robert W. Sweet
July 30, 2008
Page - 2 -

1) The original dates that remain are as follows:

- All discovery shall be completed on or before **June 6, 2008**.
- A joint pretrial order shall be completed on or before **July 16, 2008**.
- Final Pre-trial conference: **August 20, 2008**. (TC)

The original dates were revised on May 21, 2008 via Endorsed Letter as follows:

- All discovery shall be completed on or before **August 1, 2008**.
- A joint pretrial order shall be completed on or before **August 29, 2008**.
- Final Pre-trial conference on or about **October 8, 2008**.

2) The parties previously requested one extension of the remaining scheduling order deadlines on May 21, 2008.

3) The parties' previous request was granted. A copy of the Endorsed Letter dated May 21, 2008 granting the parties' request for extension is enclosed.

4) All parties consent to the requested extensions.

The proposed Revised Scheduling Order deadlines are as follows:

- All discovery shall be completed on or before **October 30, 2008**.
- A joint pretrial order shall be complete on or before **November 26, 2008**.
- Final Pre-trial conference on or about **January 5, 2009**.

We thank the Court for its attention to this matter.

Respectfully submitted,

*James H. Hohenstein* by LS

James H. Hohenstein

JHH:ls
Enclosure

The Honorable Robert W. Sweet
July 30, 2008
Page - 3 -

cc: **Via E-mail**
David L. Mazaroli, Esq.
Law Offices of David L. Mazaroli
*Counsel for Plaintiff*

David Y. Loh, Esq.
Cozen O'Connor
*Counsel for defendant Millenium Marine Corp.*

Lissa Schaupp, Esq.

                                                   SO ORDERED

                                          _____
                                          The Honorable Robert W. Sweet
                                          U.S.D.J.

# 5509106_v1